Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Gaslamp Country Club, LLC,
individually and on behalf of all
others similarly situated

vs

Reddy Ice Holdings, Inc., Reddy Ice
Corporation, Arctic Glacier Income
Fund, Arctic Glacier Inc., Arctic
Glacier International Inc. and Home
City Ice Company

FILED
08 APR 29 PM 12:03
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
9018
                            DEPUTY

SUMMONS IN A CIVIL ACTION

Case No.

'08 CV 776   J   BLM

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Jeffrey P. Fink
Robbins Umeda & Fink, LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
J. HINKLE

By                    , Deputy Clerk

APR 29 2008
DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)