**ⒹORIGINAL**

FILED

08 APR 29 PM 12: 01

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

_____
DEPUTY

1  ROBBINS UMEDA & FINK, LLP
   BRIAN J. ROBBINS (190264)
2  JEFFREY P. FINK (199291)
   GEORGE C. AGUILAR (126535)
3  ASHLEY R. PALMER (246602)
   610 West Ash Street, Suite 1800
4  San Diego, CA 92101
   Telephone: (619) 525-3990
5  Facsimile: (619) 525-3991

6  LEMMON LAW FIRM, LLC
   ANDREW A. LEMMON
7  15058 River Road
   P.O. Box 904
8  Hahnville, LA 70057
   Telephone: (985) 783-6789
9  Facsimile: (985) 783-1333

10  Attorneys for Plaintiff

11                UNITED STATES DISTRICT COURT

12            SOUTHERN DISTRICT OF CALIFORNIA

13                              **'08 CV 776    J    BLM**

14  GASLAMP COUNTRY CLUB, LLC,          ) Case No.
    individually and on behalf of all others )
15  similarly situated,                 ) NOTICE OF PARTY WITH FINANCIAL
                                        ) INTEREST PURSUANT TO LOCAL RULE
16                       Plaintiff,     ) 40.2
                                        )
17         vs.                          )
                                        )
18  REDDY ICE HOLDINGS, INC., REDDY ICE )
    CORPORATION, ARCTIC GLACIER         )
19  INCOME FUND, ARCTIC GLACIER INC.,   )
    ARCTIC GLACIER INTERNATIONAL INC.   )
20  and HOME CITY ICE COMPANY,          )
                                        )
21                       Defendants.    )
    _____)

22

23

24

25

26

27

28

1         Pursuant to Civil L.R. 40.2, the undersigned certified that as of this date, other than the

2     names parties, there is no such interest to report.

3     DATED:  April 29, 2008                    ROBBINS UMEDA & FINK, LLP
                                                BRIAN J. ROBBINS
4                                               JEFFREY P. FINK
                                                GEORGE C. AGUILAR
5                                               ASHLEY R. PALMER

6

7                                                       JEFFREY P. FINK

8

9                                   610 West Ash Street, Suite 1800
                                                San Diego, CA 92101
                                                Telephone: (619) 525-3990
10                                              Facsimile:  (619) 525-3991

11                                              LEMMON LAW FIRM, LLC
                                                ANDREW A. LEMMON
12                                              15058 River Road
                                                P.O. Box 904
13                                              Hahnville, LA 70057
                                                Telephone:  (985) 783-6789
14                                              Facsimile:  (985) 783-1333

15                                              Attorneys for Plaintiff

16

17

18

19

20

21

22

23

24

25

26

27

28    336970_1.DOC