# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GASLAMP COUNTRY CLUB, LLC, on behalf of itself and all others similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>REDDY ICE HOLDINGS, INC., REDDY ICE CORPORATION, ARCTIC GLACIER INCOME FUND, ARCTIC GLACIER INC., ARCTIC GLACIER INTERNATIONAL INC., AND HOME CITY ICE COMPANY, et. al.<br>Defendants. | CASE NO. 08-CV-00776-LAB-BLM<br><br>**ORDER GRANTING JOINT REQUEST TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT, AND STIPULATION WAIVING SERVICE; AND DENYING REQUEST FOR REASSIGNMENT AND APPOINTMENT** |

The parties have jointly moved to extend time to answer and to waive service of process. The joint motion also requests reassignment of this case, and appointment of lead counsel for all the reassigned cases.

For good cause, Defendants' time to answer, move, or otherwise plead in response to the complaint in this action is **EXTENDED** in accordance with the terms as outlined in the joint motion. (Docket no. 5, ¶ 4.)

The joint motion requested reassignment of this case to Judge Janis Sammartino as a related case. Judge Sammartino, however, on May 20, 2008 issued an order explaining she is declining to accept reassignment of this and other related cases due to the pending motion for

consolidation and transfer before the Judicial Panel on Multidistrict Litigation. The request for reassignment is therefore **DENIED**.

The joint motion's request to appoint the law firms of Coughlin Stoia Gellar Rudman & Robbins, LLP, Scott + Scott LLP and Robbins Umeda & Fink, LLP as lead counsel in the reassigned actions is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: 5-21-08

_____
**Hon. Larry A. Burns
United States District Judge**