

Inasmuch as no objection is pending at this time, the stay is lifted.

JUL - 1 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

08 CV 0776 - LAB (BLM)

IN RE: PACKAGED ICE ANTITRUST LITIGATION          MDL No. 1952

(SEE ATTACHED SCHEDULE)

I hereby certify that the foregoing is a true copy of the original on file in this office.

Clerk, U.S. District Court
Eastern District of Michigan

By  *Andrea Teets*
    Deputy

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On June 5, 2008, the Panel transferred 25 civil actions to the United States District Court for the Eastern District of Michigan for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable Paul D. Borman.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Michigan and assigned to Judge Borman.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Michigan for the reasons stated in the order of June 5, 2008, and, with the consent of that court, assigned to the Honorable Paul D. Borman.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Michigan. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

JUL 1 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: PACKAGED ICE ANTITRUST LITIGATION                                    MDL No. 1952

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**        **CASE CAPTION**

**CALIFORNIA NORTHERN**
CAN  3   08-1937      Karen Davis v. Reddy Ice Holdings, Inc., et al.
CAN  3   08-2369      Dennis Patrick v. Reddy Ice Holdings, Inc., et al.

**CALIFORNIA SOUTHERN**
CAS  3   08-656       Cobblestone Tequesta, LLC, etc. v. Reddy Ice Holdings, Inc., et al.
CAS  3   08-752       6th & Island Investments, LLC v. Reddy Ice Holdings, Inc., et al.
CAS  3   08-753       Market Street Investments, LLC v. Reddy Ice Holding, Inc., et al.
CAS  3   08-775       Universal Hillcrest, LLC v. Reddy Ice Holdings, Inc., et al.
CAS  3   08-776       Gaslamp Country Club, LLC v. Reddy Ice Holdings, Inc., et al.

**FLORIDA SOUTHERN**
FLS  1   08-21089     Jennin Gil v. Arctic Glacier Income Fund, et al.

**MINNESOTA**
MN   0   08-1020      Tahira Firdous, etc. v. Reddy Ice Holdings, Inc., et al.
MN   0   08-1025      Meleen Corp., etc. v. Reddy Ice Holdings, Inc., et al.
MN   0   08-1077      Arkansas Garden Center West LLC, et al. v. Reddy Ice Holdings, Inc., et al.
MN   0   08-1090      JA-WY, Inc., etc. v. Reddy Ice Holdings, Inc., et al.

**OHIO NORTHERN**
OHN  1   08-859       Juniata Mobil v. Reddy Ice Holdings, Inc., et al.

**TEXAS NORTHERN**
TXN  3   08-563       Mount Pocono Campground, Inc. v. Reddy Ice Holdings, Inc., et al.
TXN  3   08-576       Charlie Holland Motors, Inc. v. Arctic Glacier Income Fund, et al.
TXN  3   08-607       The Lanesville Food Mart, Inc. v. Reddy Ice Holdings, Inc., et al.
TXN  3   08-709       Nirgundas, Inc. v. Reddy Ice Holdings, Inc., et al.
TXN  3   08-710       Shree Narayandas, Inc. v. Reddy Ice Holdings, Inc., et al.
TXN  3   08-711       Radha, Inc. v. Reddy Ice Holdings, Inc., et al.